SMITH v. CRIGLER.

PRACTICE.—ASSIGNMENT OF ERROR.—Where the court below has erred in any matter which may be made the ground of a motion for a new trial, the assignment of error in the Supreme Court should be upon the overruling of the motion for a new trial.

APPEAL from the *Fayette* Circuit Court.

GREGORY, C. J.—The errors assigned present no question. They are: 1. The verdict is not sustained by, but is con-

trary to, the evidence. 2. Charges Nos. 1, 2 and 3, given by the court, are not the law governing this claim or class of cases. 3. Charges Nos. 1, 2 and 3, refused by the court, are the law governing this class of cases. 4. The verdict is contrary to law. 5. The court erred in refusing to give charge No. 3, found on pages 32 and 33, as asked for by the appellant, which is the law under the evidence.

These may all be good causes for a new trial in the court below, but they are not errors for which this court will reverse a cause without an assignment of error upon the overruling of a motion for a new trial. This has been so repeatedly ruled that a citation of authorities is deemed unnecessary.

The judgment is affirmed, with costs.

*J. S. Reid,* for appellant.

*J. C. McIntosh,* for appellee.

